**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| | : | **No. 14-520-3** |
| **v.** | : | |
| | : | |
| **SHAWN MILLS** | : | |
| | : | |

## <u>ORDER</u>

This 16th day of June, 2017, the jury having returned its verdict finding the Defendant Shawn

Mills not guilty as to Third Superseding Indictment Count 2, it is **ORDERED** pursuant to

Federal Rule of Criminal Procedure 32(k), that **JUDGMENT** is entered accordingly.

   /s/ Gerald Austin McHugh
   Gerald Austin McHugh
   United States District Judge