**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | **CRIMINAL ACTION** |
| : | No. 14-520-3 |
| SHAWN MILLS : | |
| : | |

# ORDER

This 2nd day of July, 2018, upon consideration of the Motion for New Trial or Arrest of Judgment, ECF No. 210, filed by Defendant Shawn Mills, and the response thereto, it is hereby ORDERED that the Motion is DENIED.

    /s/ Gerald Austin McHugh
United States District Judge